COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE: | | No. 08-16-00310-CV |
| | § | |
| THOMAS MARK RICHARDSON, | | AN ORIGINAL PROCEEDING IN |
| | § | |
| RELATOR | | HABEAS CORPUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of habeas corpus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of Hudspeth County, Texas, and concludes that the Relator's petition for writ of habeas corpus should be denied. We therefore deny the petition for writ of habeas corpus, order Relator's bond revoked, and remand him to the custody of the Hudspeth County Sheriff, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF MAY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.